# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DWAYNE HOUSTON,**

    **Plaintiff,**

**v.**                                                     **Case No: 6:17-cv-1416-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION DOCUMENT #21 (Doc. No. 35)**
>
> **FILED:**     **July 12, 2018**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

It appears that this motion was filed in the incorrect case and that it should have been filed in *King v. Commissioner of Social Security*, No. 3:16-cv-1466-J-JRK.

**DONE** and **ORDERED** in Orlando, Florida on July 12, 2018.

                                                       *Karla R. Spaulding*
                                                     KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE